**TODD S. EAGAN, ESQ. (BAR NO. 207426)**
**EAGAN LAW CORPORATION**
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401
Ph: (310) 304-3302
teagan@eagan.law

**JAMES J. ROSEMERGY (MO. BAR NO. 50166)**
***To be admitted Pro Hac Vice***
**CAREY & DANIS LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Ph: (314) 725-7700
jrosemergy@careydanis.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SASHA HOOD, CARA BRAND, COURTNEY WALKER, and JOANNA VAN VLECK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PRIMAL NUTRITION, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>*Defendants.* | **Case No. 2:26-cv-09177**<br><br>**DECLARATION OF TODD S. EAGAN REGARDING VENUE PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)** |

I, Todd S. Eagan, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the courts of the State of California and admitted to practice in the United States District Court for the Central District of California. I am the founder of Eagan Law Corporation and counsel of

record for Plaintiffs Sasha Kerkmann Hood, Cara Brand, Courtney Walker, and Joanna Van Vleck in the above-captioned action.

2. I submit this declaration pursuant to California Civil Code § 1780(d) to establish that venue is proper in this Court for the claims asserted under the California Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et seq*.

3. I have personal knowledge of the facts set forth herein based upon my pre-suit investigation of Defendant's corporate filings and business operations, as well as communications with my clients. If called as a witness, I could and would testify competently to the matters stated herein.

4. Based upon my investigation, Defendant Primal Nutrition, LLC maintains its principal place of business, corporate headquarters, and primary product-development operations in Oxnard, California. Oxnard is located within Ventura County, which falls within the geographical jurisdiction of the United States District Court for the Central District of California.

5. Additionally, Plaintiff Cara Brand is a resident and citizen of Studio City, California (Los Angeles County), which is also located within the Central District of California. Plaintiff Brand purchased Defendant's products in California after relying on Defendant's label representations.

6. Co-plaintiffs Sasha Kerkmann Hood, Courtney Walker, and Joanna Van Vleck reside outside this judicial district; however, venue in the Central District of California remains proper for the entire action and all Plaintiffs pursuant to California Civil Code § 1780(d) based on Defendant's principal place of business and corporate operations in Ventura County, as well as Plaintiff Brand's residence and purchases within Los Angeles County.

7. Accordingly, venue is proper in the United States District Court for the Central District of California pursuant to California Civil Code § 1780(d) because this District includes counties in which Defendant has its principal place of business, is doing business, and in which transactions giving rise to this action occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2026, in Santa Monica, California

*/s/ Todd S. Eagan*

Todd S. Eagan

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026, I electronically filed the foregoing **DECLARATION OF TODD S. EAGAN REGARDING VENUE PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)** with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing (NEF) to all counsel of record registered with the CM/ECF system, including:

Alexander M. Smith
Jenner and Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
asmith@jenner.com
*Counsel for Defendant Primal Nutrition, LLC*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 4, 2026, at Santa Monica, California.

*/s/ Todd S. Eagan*
Todd S. Eagan