JENNER & BLOCK LLP
Alexander M. Smith (SBN 295187)
asmith@jenner.com
2029 Century Park East, Suite 1450
Los Angeles, CA 90067-2901
T: (213) 239-2262
F: (213) 239-5199

JENNER & BLOCK LLP
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
T: (312) 923-2765
F: (312) 527-0484

Attorneys for Defendant
Primal Nutrition, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA KERKMAN HOOD, JOANNA VAN VLECK, CARA BRAND, and COURTNEY WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMAL NUTRITION, LLC,<br><br>Defendant. | Case No. 2:26-cv-9177-FMO-BFM (Related Case: 2:26-cv-9916-FMO-BFM)<br><br>The Honorable Fernando M. Olguin<br><br>**STIPULATION TO CONTINUE DEADLINE TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |

Pursuant to Local Rule 8-3, Plaintiffs Sasha Kerkman Hood, Joanna van Vleck, Cara Brand, and Courtney Walker and Defendant Primal Nutrition, LLC hereby stipulate to continue Defendant's deadline to file a responsive pleading, which is currently due October 23, 2026, by 28 days until and including November 20, 2026.

Dated: October 19, 2026

JENNER & BLOCK LLP

By: /s/ Alexander M. Smith
Alexander M. Smith

Attorneys for Defendant
Primal Nutrition, LLC

Dated: October 19, 2026

CAREY & DANIS LLC

By: /s/ James J. Rosemergy
James J. Rosemergy

Attorneys for Plaintiffs
Sasha Kerkman Hood, Joanna van Vleck,
Cara Brand, and Courtney Walker

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Alexander M. Smith, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 19, 2026

JENNER & BLOCK LLP

By: /s/ Alexander M. Smith
Alexander M. Smith

Attorneys for Defendant
Primal Nutrition, LLC