UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-9177 FMO (BFMx)**<br>**CV 26-9916 FMO (BFMx)** | Date | **October 20, 2026** |
| Title | **Sasha Kerkmann Hood, et al. v. Primal Nutrition, LLC**<br>**James Deckman, et al. v. Primal Nutrition, LLC** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Re: Consolidation**

Having reviewed the dockets in Sasha Kerkmann Hood, et al. v. Primal Nutrition, LLC, CV 26-9177 FMO (BFMx) ("Hood") and James Deckman, et al. v. Primal Nutrition, LLC, 26-9916 FMO (BFMx) ("Deckman"), and in light of the Court's Order of October 13, 2026, transferring Deckman to the undersigned as a related case to Hood, IT IS ORDERED THAT:

1. No later than **October 27, 2026**, each separately-represented party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. If the parties agree that the cases should be consolidated, they shall file a stipulation in lieu of a Memorandum no later than **October 26, 2026**.

00 : 00

Initials of Preparer vdr