# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA KERKMANN HOOD, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAL NUTRITION, LLC,<br><br>Defendant. | Case No. CV 26-9177 FMO (BFMx)<br>Case No. CV 26-9916 FMO (BFMx)<br>Case No. CV 26-11357 FMO (BFMx)<br><br>**ORDER RE: CONSOLIDATION** |

Having reviewed the Stipulation to Consolidate Related Cases and Set Briefing Schedule on Motion to Transfer Venue (Dkt. 18, "Stipulation"), filed in Sasha Kerkmann Hood v. Primal Nutrition, LLC, CV 26-9177 FMO (BFMx) ("Hood"), by which the parties in Hood; James Deckman, et al. v. Primal Nutrition LLC, CV 26-9916 FMO (BFMx) ("Deckman"); and Tobi Raphael v. Primal Nutrition, LLC, et al., CV 26-11357 FMO (BFMx) ("Raphael"), agree to consolidation of the actions, IT IS ORDERED THAT:

1. The Stipulation **(Document No. 18)** is **granted** as set forth in this Order.

2. Hood, CV 26-9177 FMO (BFMx); Deckman, CV 26-9916 FMO (MARx); and Raphael, CV 26-11357 FMO (BFMx) are hereby **consolidated**. The Clerk shall consolidate these actions such that the earlier filed action, Hood, CV 26-9177 FMO (BFMx), is the lead case. All future filings shall be filed in Hood, CV 26-9177 FMO (BFMx) until further notice from the court. The case caption shall read: In Re: Primal Nutrition Avocado Oil Litigation, Case No. CV 26-9177 FMO (BFMx).

3. The Clerk shall administratively close Deckman, CV 26-9916 FMO (MARx), and Raphael, CV 26-11357 FMO (BFMx).

4. By no later than **December 30, 2026**, defendant shall file its motion to transfer venue of the consolidated action. Plaintiffs shall file their opposition no later than 21 days after the motion is filed. Defendant shall file its reply no later than 14 days after the opposition is filed.

5. Defendant's deadline to answer or file a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure is stayed pending resolution of the motion to transfer.

Dated this 13th day of November, 2026.

/s/
Fernando M. Olguin
United States District Judge