**TODD S. EAGAN (BAR NO. 207426)**
**EAGAN LAW CORPORATION**
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401
Ph: (310) 304-3302
*teagan@eagan.law*

**JAMES J. ROSEMERGY (MO. BAR NO. 50166)**
***To be admitted Pro Hac Vice***
**CAREY & DANIS LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Ph: (314) 725-7700
*jrosemergy@careydanis.com*

**Attorneys for Plaintiffs Sasha Kerkmann Hood, Cara Brand, Courtney Walker, and Joanna Van Vleck and the Putative Class**

[*Additional Counsel Appear on Signature Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PRIMAL NUTRITION AVOCADO OIL LITIGATION | Case No. 2:26-cv-09177-FMO (BFMx)<br>(Consolidated with Case Nos. CV 26-9916 FMO and CV 26-11357 FMO)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)(3)** |
| JAMES DECKMAN and AMBER NEWBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMAL NUTRITION LLC,<br><br>Defendant. | Related Cases:<br><br>Case No. 2:26-cv-09916 |
| TOBI RAPHAEL, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-11357 |

Plaintiff,

v.

PRIMAL NUTRITION, LLC and THE KRAFT HEINZ COMPANY,

Defendants.

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on January 7, 2027, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Fernando M. Olguin in Courtroom 6D of the United States District Court for the Central District of California, Los Angeles, Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, 6th Floor, Los Angeles, CA 90012, Plaintiffs Sasha Kerkmann Hood, Cara Brand, Courtney Walker, Joanna Van Vleck, James Deckman, Amber Newby, and Tobi Raphael (collectively, "Plaintiffs"), will, and hereby do, jointly move pursuant to Federal Rule of Civil Procedure 23(g)(3) to appoint Chet B. Waldman of Wolf Popper LLP and James J. Rosemergy of Carey & Danis LLC as Interim Co-Lead Class Counsel, with Todd S. Eagan of Eagan Law Corporation as Liaison Counsel and Sophia G. Gold of KalielGold PLLC as a member of Plaintiffs' Executive Committee, in *In re: Primal Nutrition Avocado Oil Litigation*, and all other actions consolidated into it.

In support of this Motion, Plaintiffs submit this Notice, the accompanying Memorandum of Points and Authorities, and the concurrently filed declarations of Chet B. Waldman and James J. Rosemergy, all pleadings and records on file in this action, and such further evidence and argument as the Court may permit.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 30, 2026, with counsel for Defendant Primal Nutrition, LLC, Alexander M. Smith of Jenner & Block LLP. *See* Declaration of Chet B. Waldman in Support of Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel ("Waldman Decl.") ¶ 2.

DATED: November 20, 2026

**EAGAN LAW CORPORATION**

By: /s/ *Todd Eagan*
Todd Eagan

Todd S. Eagan (SBN 207426)
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (310) 304-3302
E-mail: *teagan@eagan.law*

James J. Rosemergy (*pro hac vice* forthcoming)
**CAREY & DANIS LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 725-7700
Email: *jrosemergy@careydanis.com*

*Attorneys for Plaintiffs Hood, Brand, Walker, and Van Vleck*

DATED: November 20, 2026

**EAGAN LAW CORPORATION**

By: /s/ *Todd Eagan*
Todd Eagan

Todd S. Eagan (SBN 207426)
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (310) 304-3302
E-mail: *teagan@eagan.law*

Chet B. Waldman (*pro hac vice* forthcoming)
Matthew Insley-Pruitt (*pro hac vice* forthcoming)
**WOLF POPPER LLP**
570 Lexington Ave, 19th Floor
New York, NY 10022
E-mail: *cwaldman@wolfpopper.com*
*minsley-pruitt@wolfpopper.com*

*Attorneys for Plaintiffs Deckman and Newby*

KALIELGOLD PLLC

DATED: November 20, 2026

By: /s/ *Sophia Goren Gold*

Sophia Goren Gold (SBN 307971)

490 43rd Street, No. 122
Oakland, CA 94609
202-350-4783 (o)
248-568-7225 (c)
Email: *sgold@kalielgold.com*

*Attorney for Plaintiff Raphael*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 23(g)(3), Plaintiffs Sasha Kerkmann Hood, Cara Brand, Courtney Walker, Joanna Van Vleck, James Deckman, Amber Newby, and Tobi Raphael (collectively, "Plaintiffs") respectfully request that the Court appoint Chet B. Waldman of Wolf Popper LLP and James J. Rosemergy of Carey & Danis LLC as Interim Co-Lead Class Counsel, with Todd S. Eagan of Eagan Law Corporation as Liaison Counsel and Sophia G. Gold of KalielGold PLLC as a member of Plaintiffs' Executive Committee under Fed. R. Civ. P. 23(g). As set forth below, Wolf Popper and Carey & Danis will fairly and adequately represent the interests of the putative Classes herein, and granting this motion will promote the efficient and economical prosecution of this action.

## II. FACTUAL AND PROCEDURAL BACKGROUND

This Consolidated Action comprises three related class action lawsuits which have been consolidated: *Hood v. Primal Nutrition, LLC, et al.,* No. 2:26-cv-09177 ("*Hood*"), *Deckman v. Primal Nutrition, LLC,* No. 2:26-cv-09916 ("*Deckman*"), and *Raphael v. Primal Nutrition, LLC and the Kraft Heinz Co.,* No. 2:26-cv-11357 ("*Raphael*"). The current named plaintiffs in the *Hood*, *Deckman*, and *Raphael* actions are consumers who purchased Defendants' Primal Kitchen Products, including Defendants' Oil & Vinegar Dressing & Marinade Made with Avocado Oil ("Oil & Vinegar Dressing"), Italian Dressing & Vinaigrette & Marinade Made with Avocado Oil ("Italian Dressing"), and Mayo Real Mayonnaise Made with Avocado Oil ("Mayo"), because of the representation that they contained exclusively avocado oil. A recent study, however, from the University of California, Davis (the "UC Davis 2026 Study") showed that several of Defendants' Products do not actually contain 100% avocado oil. Plaintiffs bring claims for violations of state consumer protection laws against Defendants on behalf of a nationwide class and state subclasses of persons who purchased Defendants' Primal Kitchen Products within

the statute of limitations.

On August 18, 2026, the *Hood* Plaintiffs filed a class action complaint against Primal Nutrition, LLC initiating this action. ECF No. 1. On September 3, 2026, the *Deckman* Plaintiffs filed a class action complaint against Primal Nutrition. *Deckman* ECF No. 1. On September 30, 2026, the *Raphael* Plaintiff filed a class action complaint against Primal Nutrition and the Kraft Heinz Company. *Raphael* ECF No. 1. On October 13, 2026, the Court related the *Deckman* action to the *Hood* action and transferred the *Deckman* action to Judge Fernando M. Olguin. *Deckman* ECF No. 16.

On October 26, 2026, Plaintiffs and Defendant Primal Nutrition, LLC stipulated to consolidate the above-related actions pursuant to Fed. R. Civ. P. 42(a) on grounds that each action asserts substantially the same claims and raises substantially the same questions of fact and law regarding liability and damages and that consolidating them would promote judicial efficiency. *See, e.g.*, ECF No. 18. On November 13, 2026, the Court consolidated the actions. ECF No. 19.

On October 30, 2026, pursuant to L.R. 7-3, counsel for Plaintiffs met and conferred by videoconference with counsel for Defendant Primal Nutrition, LLC, who indicated that Defendant takes no position on the appointment of interim lead class counsel or the proposed leadership structure.

## III. ARGUMENT

Pursuant to Federal Rule of Civil Procedure 23(g)(3), courts are authorized to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3); *see White v. Experian Info. Sols., Inc.*, 993 F. Supp. 2d 1154, 1169 (C.D. Cal. 2014) ("Rule 23(g)(3) grants the Court authority to appoint pre-certification 'interim' class counsel.").

"The rule 'authorizes [a] court to designate interim counsel during the pre-certification period if necessary to protect the interests of the putative class.'" *Wright*

*v. Smart ERP Sols., Inc.*, No. 25-cv-02588-HSG, 2025 U.S. Dist. LEXIS 133813, at *2 (N.D. Cal. July 14, 2025) (quoting Fed. R. Civ. P. 23(g) advisory committee's note to 2003 amendment). "[D]esignation of interim counsel clarifies responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement." Manual for Complex Litigation (Fourth) § 21.11 (2004).

"In evaluating motions for appointment of interim counsel, courts consider the four factors set forth in Rule 23(g)(1), which governs appointment of counsel at the class certification stage." *Collier v. Cetera Fin. Grp., Inc.*, No. 2:26-cv-03376-SPG-KES, 2026 U.S. Dist. LEXIS 138688, at *6-7 (C.D. Cal. June 16, 2026). These four factors are: "(i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class." Fed. R. Civ. P. 23(g)(1)(A). Courts may also "consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

Here, each Rule 23(g) factor supports appointment of Wolf Popper and Carey & Danis as Interim Co-Lead Class Counsel.

*First*, Proposed Interim Co-Lead Class Counsel did substantial work to identify, investigate, and initiate the claims in this action. Both Wolf Popper and Carey & Danis moved quickly after the publication of the UC Davis 2026 Study to investigate Defendant's practices in connection with the marketing and sale of their Primal Kitchen branded products and developed detailed factual and legal claims against Defendant, with Carey & Danis and Eagan Law Corporation initiating the first-filed action. Proposed Interim Co-Lead Class Counsel also led the effort to coordinate between counsel for Plaintiffs in each of the related actions.

*Second*, Proposed Interim Co-Lead Class Counsel have extensive knowledge of applicable law and considerable experience in handling class actions involving the types of consumer protection claims asserted in the action, and have teamed up with knowledgeable counsel who have great familiarity with litigating in this district (Eagan Law) and who have extensive experience in litigating class actions (KalielGold PLLC).

Since the firm was founded in 1945, Wolf Popper has been a leader in efforts to protect the interests of defrauded consumers, prosecuting class actions under federal and state laws and recovering millions of dollars for victims of unfair business practices. For example, Wolf Popper is lead counsel in multidistrict litigation alleging that Capital One, N.A. and Capital One Financial Corporation acted deceptively regarding the marketing and payment of interest on savings accounts; the parties agreed to settle on a class-wide basis for expected relief of over $1.2 billion to the settlement class, to which Judge David J. Novak of the Eastern District of Virginia granted final approval on April 20, 2026, and which is currently on appeal.[1] Wolf Popper also serves as lead counsel in an action against Merrill Lynch alleging that Merrill breached its contractual obligation to pay a "reasonable" rate of interest on cash held in Merrill's Retirement Asset Savings Program; the parties agreed to settle on a class-wide basis for $39 million, which Judge Valerie Caproni in the Southern District of New York preliminarily approved on October 7, 2026, and which awaits final approval.[2]

Mr. Waldman has been appointed as class counsel by state and federal courts in numerous class actions. *See, e.g.*, *In re Capital One 360 Savings Account Interest Rate Litigation,* No. 1:24-md-03111-DJN (E.D. Va.) (appointed lead counsel); *Edwards v. McDermott International, Inc.*, No. 4:18-cv-04330 (S.D. Tex.) (Wolf

[1] *In re Capital One 360 Savings Account Interest Rate Litigation,* No. 1:24-md-03111-DJN (E.D. Va.), ECF No. 348.

[2] *Valelly v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, No. 1:19-cv-07998-VEC (S.D.N.Y.), ECF No. 401.

Popper appointed and Mr. Waldman served as senior partner in charge).

James Rosemergy is a partner at the law firm of Carey & Danis LLC in St. Louis, Missouri, a national complex litigation law firm specializing in class action and mass tort litigation. Since joining Carey & Danis over 25 years ago, Mr. Rosemergy has played a leading role in numerous high-profile cases against major corporations, resulting in the recovery of billions of dollars in settlements for class members and individual clients, including cases involving defective products. Mr. Rosemergy has co-authored the Missouri section of the ABA Survey of Class Action Law since 2018, and he is a member of the Board of Governors for the Missouri Association of Trial Attorneys, an organization devoted exclusively to plaintiffs' litigation.

Mr. Rosemergy has substantial experience litigating class action cases to a successful resolution; most recently, Mr. Rosemergy was appointed Co-Lead Counsel in *In re: Generac Solar Power Systems Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 3078 (E.D. Wis.), which resulted in an outstanding recovery for the class, which received final approval on October 21, 2026. Mr. Rosemergy was also appointed Co-Lead Counsel in *In re: Sears, Roebuck and Co. Front-Loading Washer Products Liability Litigation* (N.D. Ill. Case No. 1:06-cv-7023), a consolidated case involving defective control boards in front-load washing machines. That case resulted in a settlement for the class that provided for all claimants to receive 100% of their out-of-pocket losses incurred as a result of the defect. Throughout his nearly 30-year career as a litigator, Mr. Rosemergy has focused his practice upon the protection of consumers in all manner of disputes, with outstanding results. *See, e.g., Fellows v. American Campus Communities Services, Inc.* (E.D. Mo. Case No. 4:16-cv-01611-JAR) (settlement of claims of deceptive advertising of rental units, resulting in more than 100% of consumer damages); *Brewer v. State Farm Fire & Casualty Company* (St. Clair County, Illinois Circuit Court Cause No. 10-L-377) (bogus mine subsidence coverage claims resolved where

class members recouped at least their actual damages); *Dick v. Cerner Corporation Wrap Around Benefits Plan* (W.D. Mo. Case No. 4:11-cv-468) (ERISA-based claims resolved with class members receiving 100% of their damages).

*Third*, Proposed Interim Co-Lead Class Counsel can commit all necessary resources to representing the Class. As demonstrated by the substantial work already done and the out-of-pocket costs expended to date, Proposed Interim Co-Lead Class Counsel have the resources – both human and financial – needed to effectively and efficiently prosecute this action to completion in the best interests of the proposed Classes. Together, Proposed Interim Co-Lead Class Counsel, with Eagan Law Corporation as Liaison Counsel and KalielGold as a member of Plaintiffs' Executive Committee, are ably staffed with highly qualified and experienced attorneys, paralegals, and professional support staff who will leverage their experience in similar cases to prosecute the case efficiently and without duplication.

Furthermore, additional counsel (Eagan Law Corporation and KalielGold PLLC) are likewise experienced, respected attorneys with class action experience, whose work under Proposed Interim Co-Lead Class Counsel's leadership will aid in fairly and adequately representing Plaintiffs and putative Classes in this litigation through additional perspectives and resources. *See* Waldman Decl. ¶ 6, Exs. B, C. Additionally, Proposed Liaison Counsel Todd S. Eagan has practiced in this District regularly since his admission to its bar in 2000, is well versed in its Local Rules and this Court's procedures, and is based in nearby Santa Monica, allowing him to efficiently coordinate filings, court appearances, and communications with the Court and defense counsel. The claims of the Plaintiffs and the putative Classes herein are totally aligned. *See Deckman* ECF No. 16 (Transfer Order). Wolf Popper and Carey & Danis' position as Interim Co-Lead Class Counsel, with the power and responsibility to direct the work to be performed on this matter, ensures that counsel will speak with one voice and that duplication of efforts will be avoided. All counsel are handling this matter on contingency and are properly motivated to achieve the

best outcome for their clients and the putative classes.

Accordingly, all of the Rule 23(g) factors are satisfied.

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court appoint Chet B. Waldman of Wolf Popper LLP and James J. Rosemergy of Carey & Danis LLC as Interim Co-Lead Class Counsel, with Todd S. Eagan of Eagan Law Corporation as Liaison Counsel and Sophia G. Gold of KalielGold PLLC as a member of Plaintiffs' Executive Committee, to represent Plaintiffs and the putative Classes.

DATED: November 20, 2026

**EAGAN LAW CORPORATION**

By: */s/ Todd Eagan*
Todd Eagan

Todd S. Eagan (SBN 207426)
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (310) 304-3302
E-mail: *teagan@eagan.law*

James J. Rosemergy (*pro hac vice* forthcoming)
**CAREY & DANIS LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 725-7700
Email: *jrosemergy@careydanis.com*

*Attorneys for Plaintiffs Hood, Brand, Walker, and Van Vleck*

DATED: November 20, 2026

**EAGAN LAW CORPORATION**

By: /s/ *Todd Eagan*
Todd Eagan

Todd S. Eagan (SBN 207426)
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (310) 304-3302
E-mail: *teagan@eagan.law*

Chet B. Waldman (*pro hac vice* forthcoming)
Matthew Insley-Pruitt (*pro hac vice* forthcoming)
**WOLF POPPER LLP**
570 Lexington Ave, 19th Floor
New York, NY 10022
E-mail: *cwaldman@wolfpopper.com*
*minsley-pruitt@wolfpopper.com*

*Attorneys for Plaintiffs Deckman and Newby*

DATED: November 20, 2026

KALIELGOLD PLLC

By: /s/ *Sophia Goren Gold*
Sophia Goren Gold (SBN 307971)

490 43rd Street, No. 122
Oakland, CA 94609
202-350-4783 (o)
248-568-7225 (c)
Email: *sgold@kalielgold.com*

*Attorney for Plaintiff Raphael*

## ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)

I, Todd S. Eagan, am the ECF user whose credentials are being used to file this document. I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Todd S. Eagan*

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains 2,004 words, which complies with the word limit of L.R. 11-6.1.

/s/ Todd S. Eagan